**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Osmond O'Neil CHRISTIE, Defendant–Appellant.**

No. 00–7645.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 19, 2001.

Osmond O'Neil Christie, pro se. William David Muhr, Office of the United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, WILLIAMS and KING, Circuit Judges.

PER CURIAM.

Osmond O'Neil Christie seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000), denying his motion to amend, and denying his motion filed under Fed. R.Civ.P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Christie*, Nos. CR–97–2; CA–00–108–2 (E.D. Va. Sept. 15, Sept. 22, & Sept. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*